**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-23391-GAYLES**

ALEJANDRA RIVERO GIL,

      Petitioner,

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY,
*et al.*,

      Respondents.

_____/

## ORDER TRANSFERRING CASE TO WESTERN DISTRICT OF LOUISIANA

**THIS CAUSE** is before the Court on Petitioner Alejandra Rivero Gil's *pro se* Emergency Verified Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] (the "Petition"), which was filed on Petitioner's behalf by "her husband and next friend, Patrick Rivera."[1] Petitioner is detained by U.S. Immigration and Customs Enforcement (ICE) at the South Louisiana ICE Processing Center in Basile, Louisiana. *See id.* at 1. Basile is partly within Acadia Parish, Louisiana, *see* Acadia Parish Profile, https://www.louisiana.gov/local-louisiana/acadia-parish (last visited May 14, 2026) (noting Basile is within Acadia Parish), and partly within Evangeline Parish, Louisiana, *see* Evangeline Parish Profile, https://www.louisiana.gov/local-

---

[1] A habeas petition must be "signed and verified by the person for whose relief it is intended or by someone acting in his behalf." *See* 28 U.S.C. § 2242. Anyone acting on behalf of a habeas petitioner must qualify for "next friend" status. *See Ford v. Haley*, 195 F.3d 603, 624 (11th Cir. 1999). Because (as will be explained) the Court does not have jurisdiction to issue the writ and must transfer the Petition, it does not decide whether Petitioner's husband qualifies as her next friend such that he can bring the Petition on her behalf. *See, e.g.*, *Whitmore v. Arkansas*, 495 U.S. 149, 163–64 (1990); *see also Lonchar v. Zant*, 978 F.2d 637, 641 (11th Cir. 1992); *Weber v. Garza*, 570 F.2d 511, 514 (5th Cir. 1978) ("[W]hen the application for habeas corpus filed by a would be 'next friend' does not set forth an adequate reason or explanation of the necessity for resort to the 'next friend' device, the court is without jurisdiction to consider the petition."). For the same reason, the Court does not decide whether Mr. Rivera has standing to bring the Motion for Temporary Restraining Order [ECF No. 3] and the Emergency Motion to Expedite Review [ECF No. 4] filed concurrently with the Petition, nor does it address the merits of those motions.

louisiana/evangeline-parish (last visited May 14, 2026) (noting Basile is within Evangeline Parish). Both Parishes are within the Western District of Louisiana. *See* 28 U.S.C. § 98(c) (providing that the Western District of Louisiana "comprises the parishes of Acadia" and Evangeline).

Under § 2241, "[d]istrict courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)); *see also Trump v. J.G.G.*, 604 U.S. 670, 672 (2025); *Garcia v. Warden*, 470 F. App'x 735, 736 (11th Cir. 2012) (noting that "jurisdiction for § 2241 petitions lies only in the district of confinement"). If a petitioner files his case in the wrong district, the Court can *sua sponte* transfer the case "to any district or division in which it could have been brought." 28 U.S.C. § 1406(a); *see also Lipofsky v. N.Y. State Workers Comp. Bd.*, 861 F.2d 1257, 1258 (11th Cir. 1988) ("[A] district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction[.]").

Because Petitioner is confined at the South Louisiana ICE Processing Center in the Acadia and Evangeline Parishes, jurisdiction lies only in the Western District of Louisiana. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **TRANSFERRED** to the Western District of Louisiana, Lafayette Division. *See* W.D. La. L.R. 77.3 (noting the Lafayette Division contains Acadia and Evangeline Parishes). The Clerk is directed to **CLOSE** this case in the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of May, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:

**Alejandra Rivero Gil**

- 3 -

A# 246250714
South Louisiana ICE Processing Center
3843 Stagg Avenue
Basile, LA 70515
*PRO SE*

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov